UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Medical Imaging Corp., | Docket No.       /17 |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** |
| v | |
| Partners Imaging Holdings, LLC, | |
| Defendant. | |

---

TO:   The Judges of the United State District Court
      For the Southern District of New York

Pursuant to 28 U.S.C. § 1446(a), Defendant, Partners Imaging Holdings, LLC ("PIH"), through counsel, files this notice to remove the above-captioned action from the Supreme Court of the State of New York, County of New York.

The grounds for removal are as follows:

1. **Plaintiff**: The Plaintiff, according to the record, instituted this action by filing a complaint with the above-referenced state court, entitled <u>Medical Imaging Corp. against Partners Imaging Holdings, LLC</u>, with Index No. 65046/17 on or about September 26, 2017.

2. **Defendant**: The compliant identified Plaintiff as a Nevada resident and Defendant as a Florida LLC whose members are Florida residents (par. 2 and 3 of the Complaint). This

notice is timely filed within 30 days from receipt of notice as service of process occurred on October 5, 2017.

3. **Nature of the action**: This is a civil action under New York law, including citizens of Defendant's state. There is a complete diversity pursuant to 28 U.S.C. § 1332 and the amount in controversy is alleged to exceed $75,000 (par. 15 of Complaint).

4. Copies of all process, pleadings and orders contained in the state court file in this action are attached to this notice.

**WHEREFORE**, Defendant PIH asks that the above action be removed from the Supreme Court of the State of New York, County of New York.

Respectfully submitted,

BY: /s/ Lance Grossman
Lance Grossman
11 Broadway-Suite 615
New York, New York 10004
(212) 571-4649
lsglawoffices@verizon.net
*of counsel* to
Burgess, Harrell, Mancuso, Colton
&amp; La Porta, P.A
Attorney for
Partners Imaging Holdings, LLC

2