# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MEDICAL IMAGING CORP.,**

    **Plaintiff,**

v.                                                                  **Case No.: 8:18-cv-437-T-36AAS**

**PARTNERS IMAGING HOLDINGS LLC,**

    **Defendant.**

_____/

## ORDER

    Counsel for Medical Imagining Corp. requests to withdraw from this action. (Doc. 32).

Local Rule 2.03(b), M.D. Fla., provides:

> "No attorney, having made a general appearance . . . , shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel."

The motion does not state whether Medical Imaging Corp. has received ten days' notice of the withdrawal.[1]

    Accordingly, it is **ORDERED** that counsel for the plaintiff's Motion for Withdrawal (Doc. 32) is **DENIED without prejudice.** Counsel may re-file the motion and certify that the notice required by Local Rule 2.03(b) was given.

---

[1] It is further noted that a corporation cannot proceed pro se. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); Local Rule 2.03(e), M.D. Fla. Although the motion refers to local counsel, only attorney Jeffrey Chubak has appeared for the plaintiff in this action.

**ORDERED** in Tampa, Florida on this 6th day of March, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge