UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP., PARTNERS
IMAGING CENTER OF VENICE LLC,
PARTNERS IMAGING CENTER OF
CHARLOTTE LLC, and PARTNERS
IMAGING CENTER OF NAPLES LLC,

    Plaintiffs,

vs.                               Case No: 8:18-cv-437-T-33AAS

PARTNERS IMAGING HOLDINGS LLC,

    Defendant.

_____

## MOTION FOR SUBSTITUTION OF COUNSEL

Stuart Jay Levine, Esquire (Fla. Bar No.: 0835994), of the law firm Walters Levine & Lozano ("Walters Levine"), moves to be substituted as counsel in place of James H. Burgess, Jr., of the law firm of Burgess, Harrell, Mancuso, Colton & La Porta, P.A., on behalf of Defendant, Partners Imaging Holdings LLC.

## CONTACT INFORMATION FOR SUBSTITUTE COUNSEL

Contact information for new counsel is as follows:

### Stuart Jay Levine

Firm Name:   Walters Levine & Lozano
Address:      601 Bayshore Blvd., Suite 720, Tampa, Florida 33606
Telephone:   813-254-7474
Facsimile:    813-254-7341
Email:        Primary: slevine@walterslevine.com
             Secondary: jstallings@walterslevine.com

The above listed Defendant has retained Mr. Levine to assume representation in this matter, and discharges Mr. Burgess from any further representation in this matter.

### Local Rule 3.01(g) Certification

On March 9, 2018, undersigned counsel Stuart Jay Levine, Esquire, conferred via telephone with counsel for Plaintiffs, Seth P. Roberts, Esquire, regarding the substitution requested in this Motion. Plaintiffs' counsel advised that Plaintiffs do not object to this substitution.

### Local Rule 2.03 Compliance

Local Rule 2.03(b), states that an attorney, having made a general appearance shall not withdraw as counsel, except by written leave of court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel. The Defendant requested the withdrawal and substitution. Later, opposing counsel was notified by telephone conference referenced above. Accordingly, the court may grant withdrawal of Mr. Burgess in compliance with Local Rule 2.03(c) following ten (10) days' notice. The withdrawal of Mr. Burgess is not likely to cause continuance or delay. No pending items in this matter would be otherwise impacted by this substation.

**WHEREFORE**, the Defendant, Partners Imaging Holdings LLC, requests that Stuart Jay Levine, be substituted as counsel for Defendant, Partners Imaging Holdings LLC, and that James H. Burgess, Jr. be relieved of all further responsibility in this case. It is further requested that all future pleadings and papers be also served on Stuart Jay Levine, and that James H. Burgess, Jr. be removed from the service list in this matter.

_____  
Stuart Jay Levine, Esq.  
Florida Bar No. 835994

_____  
James H. Burgess, Jr.  
Florida Bar No. 280763

Primary: slevine@walterslevine.com
Secondary: jstallings@walterslevine.com
Walters Levine & Lozano
601 Bayshore Blvd., Suite 720
Tampa, Florida 33606
Tel.: 813 254-7474
Fax: 813-254-7341

Primary: jburgess@burgessharrell.com
Burgess, Harrell, Mancuso, Colton &
La Porta, P.A.
1776 Ringling Blvd.,
Sarasota, Florida, 34236
Tel.: 941-366-3700
Fax: 941-366-0189

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Motion for Substitution of Counsel* has been furnished on this 15th day of March, 2018, by the Court's CM/ECF noticing system to:

Seth P. Roberts, Esquire
Florida Bar No. 145696
Brown Robert, LLP
150 North Federal Highway
Fort Lauderdale, FL 333010
Telephone: 954-832-9400
Facsimile: 954-832-9430
Attorney for Plaintiff
Email: srobert@brownrobert.com

Jeffrey Chubak, Esquire
(admitted pro hac vice)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, NY 10017 10017
Telephone: 212-497-8247
Facsimile: 212-490-4208

Email: jchubak@storchamini.com

James H. Burgess, Jr.
Burgess, Harrell, Mancuso, Colton & La Porta, P.A.
1776 Ringling Boulevard
Sarasota, FL 34236
Telephone: 941-366-3700
Facsimile: 941-366-0189
Email: jburgess@burgessharrell.com

**WALTERS, LEVINE & LOZANO**
601 Bayshore Boulevard, Suite 720
Tampa, Florida 33606
Phone: (813) 254-7474
Fax: (813) 254-7341
Counsel for Partners Imaging Holdings LLC

/s/ Stuart Jay Levine
**STUART JAY LEVINE, ESQUIRE**
Florida Bar No. 835994
slevine@walterslevine.com
jstallings@walterslevine.com