UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP.

      Plaintiffs,

v.                                                                          Case No.  8:18-cv-437-T-36AAS

PARTNERS IMAGING HOLDINGS LLC,

      Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Brown Robert, LLP hereby gives notice to the Court and all interested parties of its appearance on behalf of the Plaintiff MEDICAL IMAGING CORP. in the above-captioned matter, and requests that pursuant to Rule 5 of the Federal Rules of Civil Procedure, copies of all notices, pleadings, motions and other papers in this matter be served upon the undersigned.

Dated:  March 15, 2018

                                            /s/ Seth P. Robert

                                            Seth P. Robert
                                            Florida Bar No. 145696
                                            Trial Counsel
                                            BROWN ROBERT, LLP
                                            150 North Federal Highway
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 832-9400
                                            Facsimile: (954) 832-9430
                                            E-mail: srobert@brownrobert.com

                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing a copy and notice of electronic filing to be sent to:

> Stuart Jay Levine, Esq.
> Florida Bar No. 835994
> Walters Levine & Lozano
> 601 Bayshore Blvd., Suite 720
> Tampa, FL 33606
> Tel: (813) 254-7474
> Fax: (813) 254-7341
> E-mail: slevine@walterslevine.com
> E-mail: jstallings@walterslevine.com
>
> James H. Burgess, Jr., Esq.
> Florida Bar No. 0280763
> Burgess, Harrell, Mancuso, Colton & LaPorta, P.A.
> 1776 Ringling Boulevard
> Sarasota, Florida 34236
> Tel: (941) 366-3700
> Fax: (941) 366-0189
> E-mail: jburgess@burgessharrell.com

/s/ Seth P. Robert
Seth P. Robert