UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL IMAGING CORP.,

    Plaintiff,

v.                                Case No: 8:18-cv-437-T-36AAS

PARTNERS IMAGING HOLDINGS LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Notice of Voluntary Dismissal (Doc. 47). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)     The Notice of Voluntary Dismissal is **APPROVED** (Doc. 47).

2)     This cause is dismissed.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 1, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record